181 So.2d 630

**Julian MURPHY**

v.

**STATE of Alabama.**

**5 Div. 827.**

Supreme Court of Alabama.

Dec. 9, 1965.

Rehearing Denied Jan. 20, 1966.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Julian Murphy, pro se.

COLEMAN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Murphy v. State, 181 So.2d 630.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.